THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 28, 2018



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: | Chapter 13 |
|---|---|
| ERIC S SCHAEFER | Case No. 2013-26768-GMH-13 |
| Debtor | **ORDER REGARDING TRUSTEE'S MOTION TO DISMISS** |

The Motion of the Chapter 13 Standing Trustee, Rebecca R. Garcia, to dismiss this case came for hearing before the Honorable G. Michael Halfenger, United States Bankruptcy Judge in his Courtroom in Milwaukee, WI on the 18th day of September 2018;

Rebecca A. Quiroz, Staff Attorney, appeared in support of the Motion. Attorney Michael Schoenbohm appeared on behalf of the debtor. After discussion;

IT IS HEREBY ORDERED: The Trustee's Motion to Dismiss is denied.

IT IS FURTHER ORDERED: The Debtor must cure the plan arrearage and complete the case on or before January 31, 2019.

IT IS FURTHER ORDERED: The Trustee may file an Affidavit or Certification of Default and Order dismissing this case if the Debtor fails to comply with the deadlines stated above. These deadlines will be strictly enforced.

IT IS FURTHER ORDERED: The denial of the Motion to Dismiss is without prejudice to the Trustee filing another Motion for any future defaults.

#####

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**