UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

Eric S. Schaefer                                                  Case No. 13-26768-gmh

ORDER MODIFYING STAY

      This case came before the Court for hearing on November 06, 2018 on U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust, its successors, servicing agents, and/or assigns' (the "Movant") Motion for Relief From Stay (Doc 45). The Court having heard argument of counsel and being fully advised in the premises, it is:

      ORDERED:

1. The stay of 11 U.S.C. § 362 is hereby lifted with respect to the real property located at 812 Appleton Street, Menasha, WI 54952.

2. The Movant is permitted to exercise its rights and remedies with response to the Property, including proceeding with a foreclosure action against the Debtor(s), under is loan documents and applicable nonbankruptcy law.

3. Order is effective immediately and is not stayed for 14 days pursuant to the Bankruptcy Rule 4001(a)(3)

IT IS FURTHER ORDERED: all other relief requested in this motion is denied

#####